Nathan Blaustein and Others, Appellants, v. Grand Lodge of the United States, Independent Order Free Sons of Israel, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Joseph W. Jacobs, Respondent, v. American Play Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.; Clarke, P. J., dissented.

Jacob Glockner and Another, Respondents, v. F. & L. Building Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Olive A. Billard, Appellant, v. Henry Brash and Others, Impleaded with The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Olive A. Billard, Appellant, v. Henry Brash and Others, Impleaded with Edward Wiener and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Benjamin Tuska, Appellant, v. Heller, Hirsh & Company, Impleaded with Gustave R. Tuska, Individually and as Executor and Trustee, etc., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. Alphonso Capraro, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Midtown Contracting Company, Respondent, v. Louis Goldsticker and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Albert W. Duckworth.— Report approved and proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York, Appellant, v. Charles M. Schwab and Others, Impleaded with Charles Arthur Moore, Jr., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.